IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LYNNE HAMMER and <br> JAMES YARBROUGH, <br> <br> Plaintiff, <br> <br> v. <br> <br> PUBLIX SUPER MARKETS, INC., and <br> STANLEY BLACK & DECKER, INC. <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 3:16-CV-634 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.01**

1. Stanley Access Technologies (a non-party) is a Delaware Limited Liability corporation created in January, 2006.

   **RESPONSE:**


2. Defendant Stanley Black & Decker, Inc. is a separate and distinct legal entity from Stanley Access Technologies, LLC.

   **RESPONSE:**


3. Defendant Stanley Black & Decker, Inc did not design, manufacture, produce, install or sell the automatic doors that are alleged to have injured plaintiff.

   **RESPONSE:**

4. Defendant Stanley Black & Decker, Inc did not have any contract or agreement with Publix Super Markets, Inc. or any other person or entity to maintain the doors that are alleged to have injured plaintiff.

**RESPONSE:**


5, Defendant Stanley Black & Decker, Inc had no duty to maintain the doors on, before or after the date of plaintiff's injury.

**RESPONSE:**


6. Installation of the doors in question was completed in November, 2006 by Crain Enterprises, Inc.

**RESPONSE:**


7. Stanley Access Technologies, LLC performed maintenance and repair work on the doors after the date of installation until February 24, 2009.

**RESPONSE:**


8. Stanley Access Technologies, LLC has had no involvement with the doors since February 24, 2009.

**RESPONSE:**

/s/ William B. Jakes, III
**WILLIAM B. JAKES, III (#10247)**
**HOWELL & FISHER, PLLC**
300 James Robertson Parkway
Nashville, TN  37201-1107
bjakes@howell-fisher.com
Direct: (615) 921-5208
*Attorney for Defendant*
*Stanley Black & Decker, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been placed in the United States mail, postage prepaid to:

John D. Kitch (BPR# 4569)
Stephen K. Heard (BPR#7013)
*Of Counsel*
Cornelius & Collins, LLP
511 Union Street, Suite 1500
P.O. Box 190695
Nashville, Tennessee 37219
615-244-1440
jdkitch@cclawtn.com
skheard@cclawtn.com
*Attorneys for Plaintiff*

Steven D. Parman
Watkins & McNeilly, PLLC
214 Second Ave. North, Suite 300
Nashville, Tennessee 37201
615-255-2191
*steve@watkinsmcneilly.com*
*Attorney for Defendant Publix Super Markets, Inc.*

this the 1st day of July, 2016.

/s/ William B. Jakes, III
**WILLIAM B. JAKES, III**